# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Saraland, LLLP
Chapter 7  Case No. 12–30113–SDB
    *Debtor(s)*

United States of America for the Use of Lister Harrell,
Saraland, LLLP, and Paradise Farms, Inc.
    *Plaintiff(s)*

vs.
                                      Adversary Proceeding
                                      No. 18–03002–SDB

Todd Boudreaux
Liberty Mutual Insurance Co.
    *Defendant(s)*

## NOTICE OF REASSIGNED HEARING IN ADVERSARY PROCEEDING

*NOTICE IS HEREBY GIVEN THAT:* the hearing on Motion to Dismiss Complaint by Defendant Liberty Mutual Insurance Co. and Motion to Dismiss Complaint by Defendant Todd Boudreaux originally scheduled on August 7, 2018 has been reassigned to:

**September 11, 2018 , at 12:30 PM**
**U. S. Courtroom, U. S. Courthouse, Dublin, GA**

                                                *Lucinda Rauback, CLERK*
                                                United States Bankruptcy Court
                                                Federal Justice Center
                                                600 James Brown Blvd
                                                P.O. Box 1487
                                                Augusta, GA 30903

Dated **July 17, 2018**

A–10[Rev. 05/12] **AKG**